United States District Court
Southern District of Texas
**ENTERED**
August 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EROSION PREVENTION PRODUCTS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>PAVE/LOCK/PLUS II, LLC,<br><br>*Defendants*,<br><br>and<br><br>TLC TRUCKING & CONTRACTING, LLC d/b/a TLC CONSTRUCTION CONTRACT SERVICES,<br><br>*Third-Party Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:20-CV-03557 |

**ORDER**

The Court has considered Plaintiff Erosion Prevention Products LLC's ("EPP") Opposed Motion to Substitute. (Doc. No. 260). The Court has also considered Defendant Pave/Lock/Plus II ("Paveloc") and Third-Party Defendant TLC Trucking & Contracting, LLC's ("TLC") response (Doc. No. 261), and EPP's reply. (Doc. No. 262). Given the fast-approaching trial date and the Court's conclusion that Defendants would be prejudiced by this late substitution, the Court finds that EPP has not shown good cause for the substitution. EPP's Motion is **DENIED**. (Doc. No. 260).

Signed on this the 26th day of August 2024.

Andrew S. Hanen
United States District Judge